```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
40 WALL ST LLC,
                                                         ORDER
                Plaintiff,
                                                   19 Civ. 6864 (NRB)
        - against -

DEAN & DELUCA, INC.,

                Defendant.
---------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** on June 25, 2020 this Court received notice that defendant Dean & DeLuca, Inc. ("Dean & DeLuca") filed for Chapter 11 bankruptcy relief on March 31, 2020 in the United States Bankruptcy Court for the Southern District of New York, see ECF No. 14; and

**WHEREAS** the bankruptcy filing triggered the automatic stay provision of 11 U.S.C. § 362; and

**WHEREAS** plaintiff's claims against Dean & DeLuca may be resolved in the context of the ongoing bankruptcy proceedings; it is hereby

**ORDERED** that this case is dismissed without prejudice to its renewal in the event that the dispute between plaintiff and Dean & DeLuca is not fully resolved in the context of the bankruptcy proceedings.  The Clerk of Court is respectfully directed to close this case.

Dated:   New York, New York
         June 25, 2020

                                         _____
                                         NAOMI REICE BUCHWALD
                                         UNITED STATES DISTRICT JUDGE

A copy of the foregoing has been emailed on this date to:

William R. Baldiga
Brown Rudnick LLP
7 Times Square
New York, NY 10036
wbaldiga@brownrudnick.com